192 So. 916

**D. H., alias Dewey, McLIN v. STATE.**

**4 Div. 570.**

Court of Appeals of Alabama.

Nov. 28, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

192 So. 916

**O. C. McMAHAN v. CITY OF TUSCALOOSA.**

**6 Div. 592.**

Court of Appeals of Alabama.

Dec. 1, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

192 So. 916

**WIll McMAHAN v. STATE.**

**8 Div. 862.**

Court of Appeals of Alabama.

Nov. 14, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.

199 So. 912

**Sylvester McSWAIN v. STATE.**

**4 Div. 599.**

Court of Appeals of Alabama.

Nov. 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

199 So. 912

**John MADDOX v. STATE.**

**5 Div. 120.**

Court of Appeals of Alabama.

Nov. 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

193 So. 889

**W. C. MANASCO v. STATE.**

**6 Div. 607.**

Court of Appeals of Alabama.

Jan. 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.